UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: | ) | |
| --- | --- | --- |
| JASON SCHMIDTKE, | ) ) ) | Bankruptcy Case No. 11-24456-svk |
| Debtor. | ) ) ) | |
| JASON SCHMIDTKE, | ) ) | Adversary Proceeding No. _____ |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| HSBC FINANCE CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

## COMPLAINT FOR VIOLATION OF THE AUTOMATIC STAY

NOW COMES, Plaintiff, Jason Schmidtke, by and through his attorneys, DeLadurantey Law Office, LLC, and complains of Defendant, HSBC Finance Corporation, a/k/a HSBC, (hereinafter "HSBC") and alleges to the best of his knowledge, information and belief formed after an inquiry reasonable under the circumstances, the following:

### INTRODUCTION

#### Nature of the Action

1. This lawsuit arises from the repeated collection attempts of the Defendant, despite the protection of the Automatic Stay as defined in 11 U.S.C. §362.

2. Causes of Action herein are brought under the United States Bankruptcy Code ("Bankruptcy Code"), 11 U.S.C. §101 *et seq.*

Drafted by:
Nathan E. DeLadurantey
SBN 1063937
700 W. Michigan Street, Suite 420
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
Nathan@dela-law.com

## Jurisdiction and Venue

3. Pursuant to Bankruptcy Rule 7008, this is a core proceeding as defined in 28 U.S.C. §157(b)(2)(O). This proceeding relates to 11 U.S.C. §§105 and 362.

4. Bankruptcy Rules 7001(1) and (7) require an action of this nature to be filed as an Adversary Proceeding.

5. Jason Schmidtke filed his petition for relief under Chapter 7 of the Bankruptcy Code on March 31, 2011. This Court has jurisdiction under 11 U.S.C. §1331, 28 U.S.C. §1334 and 28 U.S.C. §1367.

## Parties

6. At the time of filing, Jason Schmidtke resided at 819 W. South St, Oconomowoc, WI 53066,

7. HSBC is a foreign business corporation with a principal address of 26525 N. Riverwoods Blvd., Mettawa, IL 60045, with registered Wisconsin Agent CT Corporation System, 8040 Excelsior Drive, Suite 200, Madison, WI 53717.

## BACKGROUND

8. On March 31, 2011, Jason Schmidtke filed for relief under Chapter 7 of the Bankruptcy Code through his attorney, Nathan E. DeLadurantey, of DeLadurantey Law Office, LLC. *See* Exhibit A.

9. Before the filing of his Chapter 7 case on March 31, 2011, Jason Schmidtke incurred a financial obligation to HSBC.

10. On April 3, 2011, the Clerk of the Bankruptcy Court mailed a copy of the "Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines" to HSBC via electronic transmission, to the electronic address specified by HSBC. *See* Exhibit B.

11. At some time prior to the filing of the above referenced bankruptcy proceeding, the Defendant *voluntarily elected* to receive electronic bankruptcy filings and notices, when they had been listed as a creditor.

12. HSBC has actual notice of the Plaintiff's bankruptcy case.

13. Defendant, HSBC, is a sophisticated entity, and is well aware of and capable of, reading and understanding the provisions of the "Notice of Filing" as received from the Clerk of the Bankruptcy Court.

14. Since the filing of the bankruptcy case on March 31, 2011, the Defendant has repeatedly attempted to collect a prepetition debt from the Plaintiff.

## REPEATED CONTACTS

### First Contact

15. Sometime after May 25, 2011, HSBC mailed a billing statement to Mr. Schmidtke asserting that the bill was "past due" and attempting to collect on that balance. *See* Exhibit C.

16. This collection attempt occurred at least fifty five (55) days after the bankruptcy case was filed.

### Second Contact

17. On May 26, 2011 at approximately 9:10am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

18. This collection attempt occurred fifty six (56) days after the bankruptcy case was filed.

### Third Contact

19. On May 26, 2011 at approximately 4:52pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

20. This collection attempt occurred fifty six (56) days after the bankruptcy case was filed.

### Third Contact

21. On May 26, 2011 at approximately 6:59pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

22. This collection attempt occurred fifty six (56) days after the bankruptcy case was filed.

### Fourth Contact

23. On June 2, 2011 at approximately 9:18am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

24. This collection attempt occurred sixty three (63) days after the bankruptcy case was filed.

### Fifth Contact

25. On June 2, 2011 at approximately 2:24pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

26. This collection attempt occurred sixty three (63) days after the bankruptcy case was filed.

### Sixth Contact

27. On June 2, 2011 at approximately 7:07pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

28. This collection attempt occurred sixty three (63) days after the bankruptcy case was filed.

### Seventh Contact

29. On June 2, 2011 at approximately 8:07pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

30. This collection attempt occurred sixty three (63) days after the bankruptcy case was filed.

### Eighth Contact

31. On June 3, 2011 at approximately 9:22am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

32. This collection attempt occurred sixty four (64) days after the bankruptcy case was filed.

### Ninth Contact

33. On June 3, 2011 at approximately 2:22pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

34. This collection attempt occurred sixty four (64) days after the bankruptcy case was filed.

### Tenth Contact

35. On June 3, 2011 at approximately 8:05am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

36. This collection attempt occurred sixty four (64) days after the bankruptcy case was filed.

### Eleventh Contact

37. On June 4, 2011 at approximately 8:39am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

38. This collection attempt occurred sixty five (65) days after the bankruptcy case was filed.

### Twelfth Contact

39. On June 4, 2011 at approximately 12:35pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

40. This collection attempt occurred sixty five (65) days after the bankruptcy case was filed.

### Thirteenth Contact

41. On June 4, 2011 at approximately 8:05pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

42. This collection attempt occurred sixty five (65) days after the bankruptcy case was filed.

### Fourteenth Contact

43. On June 5, 2011 at approximately 9:20am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

44. This collection attempt occurred sixty six (66) days after the bankruptcy case was filed.

### Fifteenth Contact

45. On June 5, 2011 at approximately 12:52am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

46. This collection attempt occurred sixty six (66) days after the bankruptcy case was filed.

### Sixteenth Contact

47. On June 5, 2011 at approximately 2:01pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

48. This collection attempt occurred sixty six (66) days after the bankruptcy case was filed.

### Seventeenth Contact

49. On June 5, 2011 at approximately 7:00pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

50. This collection attempt occurred sixty six (66) days after the bankruptcy case was filed.

### Eighteenth Contact

51. On June 6, 2011 at approximately 11:13am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

52. This collection attempt occurred sixty seven (67) days after the bankruptcy case was filed.

6

### Nineteenth Contact

53. On June 7, 2011 at approximately 11:00am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

54. This collection attempt occurred sixty eight (68) days after the bankruptcy case was filed.

### Twentieth Contact

55. On June 7, 2011 at approximately 8:09pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

56. This collection attempt occurred sixty eight (68) days after the bankruptcy case was filed.

### Twenty First Contact

57. On June 7, 2011 at approximately 8:38pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

58. This collection attempt occurred sixty eight (68) days after the bankruptcy case was filed.

### Twenty Second Contact

59. On June 8, 2011 at approximately 8:58am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

60. This collection attempt occurred sixty nine (69) days after the bankruptcy case was filed.

### Twenty Third Contact

61. On June 8, 2011 at approximately 3:16pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

62. This collection attempt occurred sixty nine (69) days after the bankruptcy case was filed.

### Twenty Fourth Contact

63. On June 8, 2011 at approximately 5:55pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

64. This collection attempt occurred sixty nine (69) days after the bankruptcy case was filed.

### Twenty Fifth Contact

65. On June 8, 2011 at approximately 8:00pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

66. This collection attempt occurred sixty nine (69) days after the bankruptcy case was filed.

### Twenty Sixth Contact

67. On June 8, 2011 at approximately 8:41pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

68. This collection attempt occurred sixty nine (69) days after the bankruptcy case was filed.

### Twenty Seventh Contact

69. On June 9, 2011 at approximately 8:18am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

70. This collection attempt occurred seventy (70) days after the bankruptcy case was filed.

### Twenty Eighth Contact

71. On June 9, 2011 at approximately 3:35pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

72. This collection attempt occurred seventy (70) days after the bankruptcy case was filed.

### Twenty Ninth Contact

73. On June 9, 2011 at approximately 8:05pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

74. This collection attempt occurred seventy (70) days after the bankruptcy case was filed.

### Thirtieth Contact

75. On June 10, 2011 at approximately 8:34am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

76. This collection attempt occurred seventy one (71) days after the bankruptcy case was filed.

### Thirty First Contact

77. On June 10, 2011 at approximately 1:04pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

78. This collection attempt occurred seventy one (71) days after the bankruptcy case was filed.

### Thirty Second Contact

79. On June 10, 2011 at approximately 5:28pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

80. This collection attempt occurred seventy one (71) days after the bankruptcy case was filed.

### Thirty Third Contact

81. On June 10, 2011 at approximately 8:03pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

82. This collection attempt occurred seventy one (71) days after the bankruptcy case was filed.

### Thirty Fourth Contact

83. On June 11, 2011 at approximately 9:22am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

84. This collection attempt occurred seventy two (72) days after the bankruptcy case was filed.

### Thirty Fifth Contact

85. On June 11, 2011 at approximately 1:55pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

86. This collection attempt occurred seventy two (72) days after the bankruptcy case was filed.

### Thirty Sixth Contact

87. On June 11, 2011 at approximately 6:33pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

88. This collection attempt occurred seventy two (72) days after the bankruptcy case was filed.

### Thirty Seventh Contact

89. On June 12, 2011 at approximately 9:17am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

90. This collection attempt occurred seventy three (73) days after the bankruptcy case was filed.

### Thirty Eighth Contact

91. On June 12, 2011 at approximately 11:26am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

92. This collection attempt occurred seventy three (73) days after the bankruptcy case was filed.

### Thirty Ninth Contact

93. On June 12, 2011 at approximately 1:41pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

94. This collection attempt occurred seventy three (73) days after the bankruptcy case was filed.

### Fortieth Contact

95. On June 12, 2011 at approximately 3:24pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

96. This collection attempt occurred seventy three (73) days after the bankruptcy case was filed.

### Forty First Contact

97. On June 13, 2011 at approximately 8:55am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

98. This collection attempt occurred seventy four (74) days after the bankruptcy case was filed.

### Forty Second Contact

99. On June 13, 2011 at approximately 1:38pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

100. This collection attempt occurred seventy four (74) days after the bankruptcy case was filed.

### Forty Third Contact

101. On June 13, 2011 at approximately 7:25pm, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

102. This collection attempt occurred seventy four (74) days after the bankruptcy case was filed.

### Forty Fifth Contact

103.  On June 14, 2011 at approximately 9:06am, an agent or employee of HSBC contacted Mr. Schmidtke via telephone regarding payment on his account.

104.  This collection attempt occurred seventy five (75) days after the bankruptcy case was filed.

### Count 1 – Willful Violation of the Automatic Stay

105.  Jason Schmidtke restates all above allegations.

106.  Upon filing his Chapter 7 bankruptcy on March 31, 2011, the Automatic Stay applied to all of his creditors.

107.  HSBC is a creditor.

108.  HSBC has neither sought nor been granted relief from the Automatic Stay.

109.  HSBC has actual knowledge of Jason Schmidtke's bankruptcy.

110.  HSBC has willfully violated the Automatic Stay (11 U.S.C. §362) by attempting to collect on a pre-petition debt.

### Trial by Jury

111.  Plaintiff is entitled to, and hereby respectfully demands a trial by jury on all issues so triable.

WHEREFORE, Jason Schmidtke prays that this Court will enter an Order:

A.  declaring HSBC in willful violation of the Automatic Stay;

B.  awarding to Jason Schmidtke actual damages, punitive damages, and all costs and attorney's fees for HSBC's actions; and

C.  for such other and further relief as may be just and proper.

Dated  16th  day of  June , 2011.

DeLadurantey Law Office, LLC

*[signature]*

Nathan E. DeLadurantey
State Bar No. 1063937
700 W. Michigan Street, Suite 420
Milwaukee, WI 53233
(414) 377-0515; (414) 755-0860 - Fax
E: nathan@dela-law.com

13