B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Wisconsin

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Schmidtke, Jason M | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| xxx-xx-0883 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 819 W. South St.<br>Oconomowoc, WI  ZIP Code: 53066 | ZIP Code: |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Waukesha | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| | |

Location of Principal Assets of Business Debtor (if different from street address above):

### Type of Debtor (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)
- ☐ Full Filing Fee attached
- ■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

*Exhibit A* (handwritten)

Case 11-24456-svk    Doc 1    Filed 03/31/11    Page 1 of 7

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Schmidtke, Jason M** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X /s/ Attorney Nathan E. DeLadurantey  March 30, 2011**<br>Signature of Attorney for Debtor(s)    (Date)<br>**Attorney Nathan E. DeLadurantey 1063937** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Schmidtke, Jason M |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Jason M Schmidtke**
Signature of Debtor **Jason M Schmidtke**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 30, 2011**
Date

### Signature of Attorney*

**X /s/ Attorney Nathan E. DeLadurantey**
Signature of Attorney for Debtor(s)

**Attorney Nathan E. DeLadurantey 1063937**
Printed Name of Attorney for Debtor(s)

**DeLadurantey Law Office, LLC**
Firm Name

**700 W. Michigan St., Suite 420**
**Milwaukee, WI 53233**

_____
Address

Email: info@dela-law.com
**414-377-0515 Fax: 414-755-0860**
Telephone Number

**March 30, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Wisconsin

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/31/11.

**This notice contains important information for the debtor(s) and creditors.** All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: No employee of the United States Bankruptcy Court may give legal advice. You may want to consult an attorney to protect your rights.

### See Reverse Side For Additional Information.

Name(s) used by the debtor(s) in the last 8 years (including married, maiden, trade) and address:
Jason M Schmidtke
819 W. South St.
Oconomowoc, WI 53066

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 11-24456-svk | xxx-xx-0883 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Nathan E. DeLadurantey<br>DeLadurantey Law Office<br>700 W. Michigan Street<br>Suite 420<br>Milwaukee, WI 53233<br>Telephone number: 414-377-0515 | Bruce A. Lanser<br>N14 W24200 Tower Place<br>Suite 201<br>Waukesha, WI 53188<br>Telephone number: 262-522-2280 |

### Meeting of Creditors
The debtor(s) **must** attend this meeting.

Date: **May 27, 2011**       Time: **09:00 AM**
Location: **Brookfield Safety Building, Municipal Court, 2100 North Calhoun Road, Brookfield, WI 53005**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/26/11**
**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of a bankruptcy case automatically stays certain collections and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days, or not exist at all; although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditors with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| Room 126, U.S. Courthouse<br>517 East Wisconsin Avenue<br>Milwaukee WI 53202-4581<br>Telephone number: (414) 297-3291<br>VCIS number: (414) 297-3582 or Toll Free (877) 781-7277<br>Court Web Site: http://www.wieb.uscourts.gov | JANET L. MEDLOCK<br>Clerk, U.S. Bankruptcy Court |
| Clerk's Office Hours: 8:30 a.m. – 4:30 p.m. (Central Time) | Date: 4/1/11 |

*Exhibit B* (handwritten)

# ADDITIONAL INFORMATION

FORM B9A (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | No employee of the United States Bankruptcy Court may give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or to obtain property from the debtor; repossessing the debtor's property; or starting or continuing lawsuits or foreclosures; or garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days, or not exist at all; although the debtor can request the court to extend or impose the stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707 (b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting, with photo identification and proof of social security number, to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice informing you that you may file a proof of claim, and informing you of the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727 (a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2), (4), or (6), you must file a complaint -- or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) -- in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive any objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the lists of the debtor's property, debts, and property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

-- Refer to Other Side for Important Deadlines and Notices --

```
                           United States Bankruptcy Court
                            Eastern District of Wisconsin
In re:                                                              Case No. 11-24456-svk
Jason M Schmidtke                                                   Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0757-2        User: jbk              Page 1 of 1              Date Rcvd: Apr 01, 2011
                            Form ID: b9a           Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2011.
```
db           +Jason M Schmidtke,    819 W. South St.,   Oconomowoc, WI 53066-2617
aty          +Nathan E. DeLadurantey,    DeLadurantey Law Office,    700 W. Michigan Street,   Suite 420,
               Milwaukee, WI 53233-2415
tr           +Bruce A. Lanser,    N14 W24200 Tower Place,    Suite 201,   Waukesha, WI 53188-1159
ust          +Office of the U. S. Trustee,    517 East Wisconsin Ave.,    Room 430,   Milwaukee, WI 53202-4510
7075314      +Cabelas Club Visa,    P.O. Box 82519,   Lincoln, NE 68501-2502
7075316      +Chase Checking,    7430 W. State Street,    Milwaukee, WI 53213-2736
7075317      +Check 'n Go,    7600 W. Capitol Dr.,    Milwaukee, WI 53222-2055
7075318      +Citi Forward,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
7075320      +Educators Credit Union,    1400 N Newman Road,    Racine, WI 53406-2881
7075321       First National Bank Credit Card Center,    Attention: Bankruptcy Department,
               14010 First National Bank Parkway Stop,    Omaha, NE 68154
7075323      +Imperial Recovery Partners,    7720 W. 119th Street,    Overland Park, KS 66213-1104
7075324       Northridge Dental Center,    7906 N. 36th Street,    Milwaukee, WI 53225
7075325       Pay Day Loan Store,    56100 W. Capitol Drive,    Milwaukee, WI 53216
7075328      +University Of Wisconsi,    3500 University Ave,    Madison, WI 53705-2141
7075327      +University of WI Credit Union,    P.O. Box 44963,    Madison, WI 53744-4963
7075329      +World Finance,    117 E. Main Street,    Watertown, WI 53094-3773
7075330      +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           EDI: WISCDEPREV.COM Apr 01 2011 23:48:00     Wisconsin Department Of Revenue,
               Special Procedures Unit,    P.O. Box 8901,   Madison, WI 53708-8901
ust          +E-mail/Text: ustpregion11.mi.ecf@usdoj.gov Apr 01 2011 23:56:07      Office of the U. S. Trustee,
               517 East Wisconsin Ave.,    Room 430,   Milwaukee, WI 53202-4510
7075313      +EDI: HFC.COM Apr 01 2011 23:48:00     Best Buy,   P.O. Box 5238,    Carol Stream, IL 60197-5238
7075315      +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Apr 01 2011 23:54:55      Cash Net USA,
               200 West Jackson,    Suite 1400,   Chicago, IL 60606-6910
7075317      +EDI: CHECKNGO.COM Apr 01 2011 23:48:00     Check 'n Go,    7600 W. Capitol Dr.,
               Milwaukee, WI 53222-2055
7075319      +EDI: CITICORP.COM Apr 01 2011 23:48:00     Citibank,    Attention: Centralized Bankruptcy,
               Po Box 20507,    Kansas City, MO 64195-0507
7075320      +E-mail/Text: DANIEL_SADOWSKI@ECU.COM Apr 01 2011 23:55:34      Educators Credit Union,
               1400 N Newman Road,    Racine, WI 53406-2881
7075322      +EDI: HFC.COM Apr 01 2011 23:48:00     Hsbc Best Buy,    Attn: Bankruptcy,   Po Box 5263,
               Carol Stream, IL 60197-5263
7075326      +E-mail/Text: bankruptcy@cottonwoodfinancial.com Apr 01 2011 23:55:27      The Cash Store,
               1907 Market Way, Suite G,    Watertown, WI 53094-7466
7075327      +E-mail/Text: collections-bk@uwcu.org Apr 01 2011 23:56:08      University of WI Credit Union,
               P.O. Box 44963,    Madison, WI 53744-4963
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 03, 2011          Signature:  _Joseph Speetjens_

**BEST BUY**

Issued by **HSBC**

Best Buy Account Statement
Account Number 7001-0622-5596-7923
Page 1 of 2
From April 28, 2011 to May 25, 2011

| Summary of Account Activity | |
|---|---:|
| Previous Balance | $963.46 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases/Debits + | $0.00 |
| Past Due Amount | $62.00 |
| **Fees Charged** + | **$35.00** |
| **Interest Charged** + | **$2.53** |
| New Balance | $1,000.99 |
| | |
| Credit Limit | $1,000.00 |
| Credit Available | $0.00 |
| Statement Closing Date | May 25, 2011 |
| Days in Billing Cycle | 28 |

00140467 NNNNNN7NNNNN 01/02

### Payment Information

| | |
|---|---:|
| New Balance | $1,000.99 |
| Minimum Payment Due | $109.00 |
| Payment Due Date | June 20, 2011 |

**Late Payment Warning**: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.24%.

**Minimum Payment Warning**: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 Years | $2,813 |
| $53 | 3 Years | $1,919 (savings = $894) |

If you would like information about credit counseling services, call 1-866-569-2227.

| Questions? | |
|---|---|
| Customer Service | 1-800-420-5981 |
| TDD/Hearing Impaired | 1-800-365-0186 |

**Payment Address**: HSBC Retail Services, PO Box 5238, Carol Stream, IL 60197-5238
**Billing Inquiries**: Retail Services, PO Box 15521, Wilmington, DE 19850-5521
Manage Your account online at www.hrsaccount.com/bestbuy

### Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

How payments are applied to your account: We apply the amount of your payment equal to the Minimum Payment Due at our discretion and generally to the Minimum Payment Due calculated on each credit plan. We apply any payment in excess of the Minimum Payment Due on your account to higher APR balances before lower APR balances. If you have a Same As Cash Credit Plan(s), we will automatically apply payments received during the final two complete billing cycles and up to the date of expiration first to the required Minimum Payment Due and next to the plan(s) that is expiring, in order of expiration; at other times, we will treat your Same As Cash Credit Plan as having a 0% APR for purposes of determining payment application.

ARE YOU AWARE YOU'RE OVER YOUR CREDIT LIMIT? PLEASE CONSIDER MAKING A PAYMENT TODAY TO REDUCE YOUR CURRENT BALANCE.

YOU CAN TAKE ADVANTAGE OF OUR PAY BY PHONE PROGRAM. AVOID FURTHER COLLECTION ACTIVITY. CALL 1-800-420-5981

### Transactions

#### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---:|
| 05/20/11 | 05/20/11 | LATE CHARGE ASSESSMENT | Reg - Purch | 10000000010520999538481 | $35.00 |
| | | **Total Fees For This Period** | | | **$35.00** |

#### Interest Charged

| Description of Interest Charge | Amount |
|---|---:|
| INTEREST CHARGE ON PURCHASES | $2.53 |
| **Total Interest For This Period** | **$2.53** |

---

Detach and return bottom portion with your payment.    169602 5 A 27    STMTAT  D  172747    See reverse side for Important Information

*Exhibit C* (handwritten)

| | |
|---|---:|
| Account Number: | 7001-0622-5596-7923 |
| New Balance | $1,000.99 |
| Minimum Payment Due | $109.00 |
| Payment Due Date | 06/20/2011 |

Include account number on check to HSBC Retail Services. Do not send cash. Please send your payment 7 to 10 days prior to the



| 2011 Totals Year to Date | |
|---|---|
| Total fees charged in 2011 | $60.00 |
| Total interest charged in 2011 | $10.79 |

### Interest Charge Calculator

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Same As Cash 47018-01 | 24.24% (v) | $0.00 | $0.00 |
| Regular Purchase 00007-02 | 24.24% (v) | $103.54 | $1.92 |
| Regular Purchase 00088-03 | 24.24% (v) | $32.87 | $0.61 |

v=Variable Rate

### Credit Plan Information

To avoid paying Deferred Interest Charges on your Same as Cash Credit plan(s), pay your Promotional Payoff Amount by each Promotion Expiration Date listed below. In addition, minimum payments due must be paid by the Payment Due Date. If you have Account Protection or Credit Insurance on your account, the Promotional Payoff Amount to avoid Deferred Interest Charges may not be the same as the New Balance of your promotional plan.

| Credit Plan/Promotion Type | Purchase Date | Promotional Expiration Date | Previous Balance | New Balance | Minimum Payment | Deferred Interest | Promotional Payoff Amount |
|---|---|---|---|---|---|---|---|
| Same As Cash 47018-01 | 01/23/2010 | 01/28/2013 | $835.71 | $835.71 | $39.10 | $353.61 | $835.71 |
| Regular Purchase 00007-02 | N/A | N/A | $102.62 | $104.54 | $9.16 | $0.00 | $104.54 |
| Regular Purchase 00088-03 | N/A | N/A | $25.13 | $60.74 | $60.74 | $0.00 | $60.74 |

### Customer News

Best Buy® Connect mobile broadband service just got faster with 4G. Now save $150 on a 4G laptop when you sign up for a 2 year Best Buy Connect subscription with unlimited 4G data for $45/month. Save 5% on your monthly subscription fees when you use your Best Buy® Credit Card, on approved credit.

169602 5 A 27    STMTAT  D  172747

## YOU'VE ASKED FOR IT -
## AND NOW YOU'VE GOT IT



Case 11-24456-svk    Doc 12-1    Filed 06/20/11    Page 8 of 8